UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-CR-2140-AJB |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| INGRID NAVARRO LANDA, | |
| Defendant. | |

    The United States' Motion to Dismiss the Information is hereby GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 19, 2023

Hon. Anthony J. Battaglia
United States District Judge